IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON<br><br>    **Plaintiff**<br><br>v.<br><br>MARK D. GUIDUBALDI & ASSOCIATES LLC DBA PROTECTION LEGAL GROUP LLC<br>MARK D. GUIDUBALDI<br>SANFORD J. FEDER<br>CORPORATE BAILOUT LLC DBA CORPORATE RESTRUCTURE LLC<br><br>and Does 1-100, inclusive<br><br>    **Defendants** | Civil Action No. 2:17-cv-02367<br><br>FILED<br>JUN 23 2017<br>KATE BARKMAN, Clerk<br>By_____ Dep. Clerk<br><br>Honorable Joel H. Slomsky |

## NOTICE OF VOLUNTARY DISMISSAL:

COMES NOW the Plaintiff, JAMES EVERETT SHELTON, and pursuant to FRCP 41(a)(1)(A)(I), gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all defendants.

Dated: June 23, 2017

*James E Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
Jamieshelton66@yahoo.com
(484) 626-3942
Plaintiff, *Pro Se*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON<br><br>             **Plaintiff**<br>v.<br><br>MARK D. GUIDUBALDI & ASSOCIATES LLC DBA PROTECTION LEGAL GROUP LLC<br>MARK D. GUIDUBALDI<br>SANFORD J. FEDER<br>CORPORATE BAILOUT LLC DBA CORPORATE RESTRUCTURE LLC<br><br>and Does 1-100, inclusive<br><br>             **Defendants** | Civil Action No. 2:17-cv-02367<br><br><br><br><br><br><br><br>Honorable Joel H. Slomsky |

**FILED**
JUN 23 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**CERTIFICATION OF SERVICE:**

This is to certify that this 23rd day of June, 2017, I, JAMES EVERETT SHELTON, Plaintiff, served the foregoing Notice of Voluntary Dismissal to Thomas A. Rogus, Esquire, Attorney for Defendants, at the Law Office of Thomas A. Rogus, 211 W. Wacker Drive, Suite 300 Chicago, IL 60606, by e-mail and first-class mail.

*James E Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
Jamieshelton66@yahoo.com
(484) 626-3942
Plaintiff, *Pro Se*